

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

MIRIANA IVEZAJ,

Defendants.

_____/

CRIMINAL NO. **05-80191**

HON.

VIOLATIONS: 8 U.S.C. § 1324(a)(2)(B)(iii)

MAGISTRATE JUDGE R. STEVEN WHALEN

FEB 24 P12:37

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**(8 U.S.C. § 1324(a)(2)(B)(iii) Bringing an Illegal Alien to the United States Without Presentation to an Immigration Officer)**

On or about July 11, 2004, within the Eastern District of Michigan, Southern Division, defendant MIRIANA IVEZAJ, knowing and in reckless disregard of the fact that an alien, namely Drilon Turkaj, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien, and did not bring and present said alien to an appropriate immigration officer immediately upon arrival at a designated port of entry.

1

This was in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

FOREPERSON

CRAIG S. MORFORD
United States Attorney

SHELDON N. LIGHT
Chief, General Crimes Unit

PETER E. DEEGAN, JR.
Assistant United States Attorney

Date:

2

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

**Case Number**

**05-80191**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: 04-80603 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Rosen |
| [x] **Yes**          [ ] **No** | **AUSA's Initials:** PED |

LAWRENCE P. ZATKOFF

MAGISTRATE JUDGE R. STEVEN WHALEN

**Case Title:** USA v. _Miriana Ivezaj_____
**County where offense occurred :** __Wayne_____

**Check One:** [x] **Felony**          [ ] **Misdemeanor**          [ ] **Petty**

[x]      Indictment__X__/Information____ **no** prior complaint.
[ ]      **Indictment_____/Information____** based upon prior complaint [**Case number:_____**]
[ ]      Indictment_____/Information____ based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

# Superseding Case Information:

**Superseding to Case No:** _____   **Judge:_____**

[ ]      Original case was terminated; no additional charges or defendants.
[ ]      Corrects errors; no additional charges or defendants.
[ ]      Involves, for plea purposes, different charges or adds counts.
[ ]      Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

_2/24/05_
Date

PETER E. DEEGAN, JR.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9180
Fax: (313) 226-2372
E-Mail address: peter.deegan@usdoj.gov
Attorney Bar #:  P53875

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.